Terry Lee **SCOTT**, Petitioner

v.

**MERIT SYSTEMS PROTECTION BOARD**, Respondent

**United States Postal Service,
Intervenor**

2015-3210

United States Court of Appeals,
Federal Circuit.

April 6, 2017

KENNAN GEORGE DANDAR, Dandar & Dandar, P.A., Tampa, FL, argued for petitioner.

ERIC JOHN SINGLEY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., CLAUDIA BURKE.

KATHERINE M. SMITH, Office of the General Counsel, United States Merit Systems Protection Board, Washington, DC for respondent. Also represented by BRYAN G. POLISUK.

(Moore, Clevenger, and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**